FRANCIS TORRENCE (State Bar No. 154653)
francis.torrence@wilsonelser.com
LISA SILVA PASSALACQUA (State Bar No. 161990)
lisa.passalacqua@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, CA  94105-2725
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants,
MICHAEL READ and READ & ALIOTTI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| THOMAS VAN ALSTYNE, | Case No.: 2:12-cv-00660-JAM-GGH |
|---|---|
| Plaintiff, | **STIPULATED REQUEST FOR DISMISSAL AND ORDER** |
| vs. | |
| MICHAEL READ, READ & ALIOTTI, NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1 through 10, | |
| Defendants. | |

The parties have reached a settlement in this case.  Therefore, the parties respectfully request that the action be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

                                    WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                    DICKER LLP


Dated: January 26, 2017        By    */s/ Francis Torrence*_____
                                    FRANCIS TORRENCE
                                    Attorneys for Defendants
                                    MICHAEL READ and READ & ALIOTTI

---

1
REQUEST FOR DISMISSAL AND [PROPOSED] ORDER
1684928v.1

1 | Dated: January 26, 2017       By      /s/ Thomas Van Alstyne
2 |                                       THOMAS VAN ALSTYNE
  |                                       Plaintiff in Pro Per
3 |
4 |
5 |                              ORDER
6 |
7 |       IT IS SO ORDERED.
8 | Dated: January 26, 2017           **/s/ JOHN A. MENDEZ**
  |                                   Hon. John A. Mendez
9 |                                   United States District Court Judge

# **PROOF OF SERVICE**

*Van Alstyne v. Read, et al.*

**Sutter County Superior Court Case No. CVCS 10-2717**

I am over the age of eighteen years and am not a party to the within cause. I am employed in the County of San Francisco, California. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s):

**REQUEST FOR DISMISSAL AND [PROPOSED] ORDER**

The above listed documents were served on the parties identified below by placing true copies thereof in sealed envelopes addressed as shown below, and sent by the following means of service:

☒: **By United States Mail.** I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

> Thomas W. Van Alstyne, Esq.
> Attorney At Law
> 3788 Paseo Avenue
> Live Oak, CA 95953
> Tel: (530) 695-2273

**Plaintiff, Pro Per**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed January 26, 2017, at San Francisco, California.

Debbie de Rivero